IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21CR3035 |
| vs. | |
| SERGEY A. NETELEV, | ORDER |
| Defendant. | |

This case is a year old. Trial has been continued seven times on Defendant's motions, with the last five motions filed by his retained and current counsel. (Filing Nos. 24, 26, 28, 30, and 32).

Based on Defendant's motions, he has been consulting with an expert in preparation for trial for more than five months. (Filing Nos. 28, 30, and 32). The currently pending motion, (Filing No. 34), requests an additional 60 days to consult with an expert, with no explanation of why Defendant's expert needs seven months to review the evidence before formulating and disclosing his or her opinions.

Accordingly,

IT IS ORDERED that as to Defendant's motion to continue, (Filing No. 34),

1) The trial of this case is continued pending further order of the court.

2) A hearing will be held before Cheryl R. Zwart, United States Magistrate Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska at 1:00 p.m. on April 12, 2022. Defendant, his counsel, and counsel for the government shall attend the hearing. At the hearing, Defendant must be prepared to disclose his expert to

      the government as required under Rule 16, and/or enter a plea of guilty, and/or set this case for trial to be held in May 2022.

3)     No further continuances will be granted.

March 15, 2022.

                                      BY THE COURT:

                                      *s/ Cheryl R. Zwart*
                                      United States Magistrate Judge