IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SERGEY A. NETELEV,<br><br>                Defendant. | **4:21CR3035**<br><br>**ORDER** |

Defendant was arraigned on a superseding indictment and entered a plea of not guilty.

Based on the representations of counsel, trial preparation for this case will require reviewing a large number of documents. The court finds it is unreasonable to expect counsel and Defendant to be adequately prepared for trial within the time limits of the Speedy Trial Act, and this case should be excluded from those time limitations so it can be fairly and justly resolved. Accordingly,

IT IS ORDERED:

1) A trial date will not be set at this time. Instead, a status conference will be held before the undersigned magistrate judge at 11:00 a.m. on July 12, 2022 by telephone. All participants shall use the conferencing information provided by the court, (see Filing No. 45), to participate in the call to discuss case progression and a potential trial setting. Counsel for the parties shall be present at the conference.

2) The Court further finds that the time between today's date and July 12, 2022 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case is "unusual and complex," and is exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii).

April 12, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge